# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-323-01 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| CODI DODGE (01) | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 243], and having thoroughly reviewed the record, including the written objections filed [Record Document 248], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [Record Documents 214 and 223] be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 8th day of May, 2024.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE